# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

QUINTON HOSKINS                           PLAINTIFF

v.                       No. 3:19-cv-315-DPM

WEEVER, Detective, Osceola Police
Department and CATHERINE DEAN,
Prosecuting Attorney, Osceola                DEFENDANTS

## ORDER

1. Hoskins hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 13 December 2019. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Hoskins an application to proceed *in forma pauperis*. If the Court grants Hoskins permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2019