# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

QUINTON HOSKINS                                            PLAINTIFF
ADC #105814

v.                              No. 3:19-cv-315-DPM

WEEVER, Detective, Osceola Police
Department, and CATHERINE DEAN,
Prosecuting Attorney, Osceola                              DEFENDANTS

## ORDER

**1.** Motion to proceed *in forma pauperis*, № 4, granted. Hoskins must pay the filing fee, but over time. 28 U.S.C. § 1915(b)(1). The Court won't assess an initial partial filing fee because Hoskins can't afford to pay one. But his custodian must collect monthly payments from Hoskins's prison trust account each time the amount in the account exceeds $10.00. These payments will be equal to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $350.00 filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Hoskins's behalf must be clearly identified by the case name and case number.

**2.** The Court directs the Clerk to send a copy of this Order to the Administrator of the Mississippi County Detention Center, 685 North County Road 599, Luxora, Arkansas 72358.

3. The Court must screen Hoskins's complaint. № 1; 28 U.S.C. § 1915A. Hoskins is in jail awaiting trial on criminal charges. № 1. He says he was unlawfully arrested and charged. The Court needs more information to properly screen Hoskins's claims. Hoskins must therefore supplement his complaint. In his supplement, Hoskins should explain the charges against him: Are his claims in this case related to the pending charges? Or have the charges mentioned in the complaint been resolved? If the charges have been resolved, what was the outcome? Hoskins must file his supplement by 13 January 2020. If he doesn't, then the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

4. The Court directs the Clerk to mail Hoskins a blank § 1983 complaint form.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2019