IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINTON HOSKINS　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #105814

v.　　　　　　　　　No. 3:19-cv-315-DPM

WEEVER, Detective, Osceola Police
Department, and CATHERINE DEAN,
Prosecuting Attorney, Osceola　　　　　　　　　　　　DEFENDANTS

JUDGMENT

Hoskins's complaint is dismissed without prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

14 January 2020